$2,500; otherwise reversed and remanded. Opinion filed December 11, 1922.

Winston, Strawn & Shaw, for appellant; Edward W. Everett and Harold Beacom, of counsel. McCormick, Kirkland, Patterson & Fleming, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Josephine M. Fay and Ida M. Meserve, appellees, v. William Burk Cutlery Company, appellant. Gen. No. 27,722.**

Action of forcible detainer. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed December 11, 1922.

Otto Fetting, for appellant. McCulloch, McCulloch & Dunbar, for appellees; Ralph D. Shanesy and Weightstill Woods, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Jacob Handelsman, appellee, v. Herman Grossman, appellant. Gen. No. 27,749.**

Action upon a promissory note purchased by plaintiff. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard W. Hayes, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed December 11, 1922.

Albert J. Weisberg, for appellant; A. Greenspahn, of counsel. Edelson & Paullin, for appellee; Hyland J. Paullin, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**In re petition of L. Januchowski, insolvent debtor.**

**On appeal of Leonhard Januchowski, appellant, v. The People of the State of Illinois et al., appellees. Gen. No. 27,762.**

Petition for release from an arrest on a *capias ad satisfaciendum*. Order remanding petition to the custody of the sheriff. Appeal from the County Court of Cook county; the Hon. F. S. Righeimer, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed December 11, 1922.

Leslie H. Whipp, for appellant. B. M. Shaffner, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Nicholas E. May, appellee, v. Frank T. Kennedy et al., on appeal of Catherine Mercer and Thomas H. Mercer, appellants. Gen. No. 27,776.**

Suit to establish in complainant the ownership of a second mortgage and trust deed and to enforce his rights under the foreclosure proceedings of the first mortgage. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell. Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed December 11, 1922. Rehearing denied December 22, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Henry P. Heizer, for appellants. Elmer J. Schnackenberg and Alfred O'Connor, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.